IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN T. LIU,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No.: 11-cv-6120 JSC<br><br>**ORDER RE: RESCHEDULING SETTLEMENT CONFERENCE** |

On September 13, 2012, the Court referred this case to Magistrate Judge Maria-Elena James for a settlement conference. (Dkt. No. 19.) That same day, a settlement conference was scheduled for December 11, 2012. (Dkt. No. 20.) On December 3, 2012, the parties filed a Stipulation requesting that the settlement conference be rescheduled based on the unavailability of Plaintiff's counsel. (Dkt. No. 28.)

Accordingly, the Court hereby amends its prior order such that parties have until January 31, 2013 to participate in a settlement conference with Judge James. If Judge James is unable to accommodate the parties' change in schedule and hold the settlement conference prior to this date, the parties must seek leave of the Court to extend this deadline again.

1   This Order disposes of Docket No. 28.
2   **IT IS SO ORDERED.**
3
4   Dated: December 3, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE