MARY DRYOVAGE (SBN 112551)
Law Offices of Mary Dryovage

351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 593-0095
Email: mdryovage@igc.org

WENDY MUSELL (SBN 203507)
Stewart & Musell

351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 593-0083
Fax: (415) 520-0920
Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff

MELINDA L. HAAG (SBN: 132612)
United States Attorney
ALEX G. TSE (152348)
Chief, Civil Division
JUAN D. WALKER (SBN 208008)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
FAX: (415) 436-6748
Email: juan.walker@usdoj.gov

Attorney for Federal Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAN T. LIU,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, SECRETARY SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. C-11-6120 (JSC)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING COURT'S ORDER RE JOINT DISCOVERY LETTER BRIEF (Dkt. No. 25)** |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING COURT'S ORDER RE JOINT DISCOVERY
LETTER BRIEF (Dkt. No. 25)
*Liu v. Astrue*, Case No. C-11-6120 (JSC)                                                                              Page 1

WHEREAS, the Court granted in part and denied in part the discovery relief requested by Plaintiff in the Joint Discovery Letter Brief (Docket No. 25), and ordered Defendant to produce documents regarding Plaintiff's Request for Production of Documents Nos. 4 and 8;

WHEREAS, the Court ordered the parties to meet and confer regarding Defendant's supplemental responses to Plaintiff's Interrogatory Requests Nos. 7 and 8;

WHEREAS, the legal counsel for the parties have met and conferred regarding the above discovery requests via telephone on December 5, 2012 in an effort to resolve and/or limit the remaining discovery disputes between the parties and have resolved all outstanding discovery issues set forth in the Court's Order Re: Joint Discovery Letter Brief, dated December 3, 2012 (Docket No. 27), LAN T. LIU, Plaintiff and MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, Defendant (hereinafter "Parties"), request the following relief by the Court.

(1) Defendant agrees to produce to Plaintiff documents responsive to Plaintiff's Request for Production of Documents Nos. 4 and 8, if any, on or before January 8, 2013;

(2) Defendant agrees to amend Plaintiff's Interrogatory Requests Nos. 7 and 8 by identifying with specificity including the page and line numbers of the deposition testimony of Mr. Ortega and the bates number of any document that it is relying upon to assert that Plaintiff had difficulties in other aspects of her job with respect to controlling client interviews;

(3) Defendant agrees to provide verifications for its supplemental interrogatory responses. The supplemental interrogatory responses will be produced by December 19, 2012. The verification will be produced by January 8, 2013; and

(4) The parties are not required to appear either for meet and confer or hearing on December 6, 2012.

///

///

///

Dated: December 5, 2012                     /s/ electronic signature authorized
                                            MARY DRYOVAGE
                                            Law Offices of Mary Dryovage


Dated: December 5, 2012                      /s/ electronic signature authorized
                                            WENDY MUSELL
                                            Stewart & Musell, LLP

                                            Attorneys for Plaintiff


Dated: December 5, 2012                     MELINDA L. HAAG
                                            United States Attorney

                                             /s/ electronic signature authorized
                                             JUAN D. WALKER
                                            Assistant United States Attorney
                                            Attorneys for Federal Defendant


IT IS SO ORDERED.


Dated:  December 6, 2012            _____Jacqueline S. Corley_____
                                    JACQUELINE SCOTT CORLEY
                                    UNITED STATES MAGISTRATE JUDGE